LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GABRIEL VELA, ) | No. 8:23-cv-01565-ADS |
| ) | |
|   Plaintiff, ) | ORDER AWARDING |
| ) | EAJA FEES |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
|   Defendant. ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of THREE THOUSAND EIGHT HUNDRED SEVENTY-NINE DOLLARS AND 55/100 ($3,879.55) and zero ($0.00) costs, subject to the terms of the stipulation.

DATE:   12/27/2023      /s/ Autumn D. Spaeth
                                      HON. AUTUMN D. SPAETH
                                      UNITED STATES MAGISTRATE JUDGE